# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DEREJE WOLDEGIORGISE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11-cv-04190-MHH-PWG |
| ) | |
| ERIC HOLDER, Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. # 16), filed December 9, 2013. In their motion, Respondents note that Petitioner was removed from the United States on December 4, 2013. (Doc. # 16-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

DONE and ENTERED this 13th day of December, 2013.

*[signature]*
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE